1  BRIAN J. MOONEY (SBN: 143795)
   (bmooney@gordonrees.com)
2  EDWARD FITZGERALD (SBN: 227218)
   (efitzgerald@gordonrees.com)
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendant
   ABBOTT LABORATORIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA L. TOSH-SURRYHNE, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES INC. d/b/a ABBOTT SALES, MARKETING & DISTRIBUTION CO., a Delaware corporation,<br><br>Defendant. | CASE NO. 10-cv-02603-FCD-EFB<br><br>**NOTICE OF MOTION AND MOTION IN SUPPORT OF DEFENDANT ABBOTT LABORATORIES, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Accompanying Documents**: Memorandum of Law; Request for Judicial Notice; Appendix of Unpublished Authority<br><br>Date: January 28, 2011<br>Time: 10:00 a.m.<br>Department: 2<br><br>Filed: September 24, 2010 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 28, 2011 at 10:00 a.m., or as soon thereafter as the matter may be heard in Department 2 of the above-entitled Court, located at 501 I Street, Sacramento, California 95814, defendant Abbott Laboratories, Inc. ("Abbott") will move and hereby does move this Court to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion is made on the grounds that Plaintiff has failed to state a claim upon which relief can be granted in her First Amended Complaint. Plaintiff's allegation that she purchased recalled Similac does not create the standing necessary to bring this putative class action, as Plaintiff is required to prove that she has personally been injured. Plaintiff cannot simply allege that injury has been suffered by other, unidentified members of the class to which she belongs and which she purports to represent. Further, that she allegedly purchased Similac from one of the recalled lots does not confer standing on Plaintiff, as a prophylactic recall at most indicates that *some* units of product were defective and therefore, even if true, provides no evidence of a defect in her particular product. In short, Plaintiff pleads no concrete factual information plausibly showing that she suffered any pocketbook injury as a result of her purchases. Accordingly, defendant Abbott respectfully moves for the dismissal of this action with prejudice.

This motion is based upon this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Law in support of this motion, the Request for Judicial Notice and all exhibits attached thereto, the Appendix of Unpublished Authorities, and all pleadings and other documents previously filed in this action.

Dated:  December 20, 2010                    GORDON & REES LLP

By: /s/ Brian J. Mooney
    BRIAN J. MOONEY
    EDWARD FITZGERALD
    Attorneys for Defendant
    ABBOTT LABORATORIES, INC.

NOTICE OF MOTION AND MOTION IN SUPPORT OF DEFENDANT ABBOTT LABORATORIES, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT