BRIAN J. MOONEY (SBN: 143795)
(bmooney@gordonrees.com)
EDWARD FITZGERALD (SBN: 227218)
(efitzgerald@gordonrees.com)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
ABBOTT LABORATORIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA L. TOSH-SURRYHNE, individually and on behalf of all others similarly situated;<br><br>               Plaintiff,<br><br>          vs.<br><br>ABBOTT LABORATORIES INC. d/b/a ABBOTT SALES, MARKETING & DISTRIBUTION CO., a Delaware corporation,<br><br>              Defendant. | CASE NO.  2:10-cv-02603-FCD-EFB<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S JURISDICTIONAL ALLEGATIONS IN THE FIRST AMENDED COMPLAINT**<br><br>Case Filed: September 24, 2010 |

-1-

1    IT IS HEREBY STIPULATED by and between plaintiff JESSICA L. TOSH-

2  SURRYHNE ("Plaintiff") and defendant ABBOTT LABORATORIES, INC. ("Abbott")

3  (collectively the "Parties"), through their undersigned counsel, that Plaintiff is a citizen of the

4  State of California for the purpose of establishing diversity jurisdiction in this matter, and that

5  Plaintiff's use of the term "resident" in Paragraph 3 of her First Amended Complaint shall be

6  understood by the Parties to mean "citizen" as that term is used in 28 U.S.C. § 1332 for the

7  purpose of responding to the First Amended Complaint.

8    IT IS SO STIPULATED.

9

10  DATED:  December ___, 2010                  GORDON & REES, LLP

11

12                                             By:_____/s/_____
                                                  Brian J. Mooney
13                                                Edward R. Fitzgerald
                                                  Attorneys for Defendant Abbott
14                                                Laboratories

15

16  DATED:  December ___, 2010                  WESTRUP CLICK LLP

17                                             By:_____/s/_____
                                                  R. Duane Westrup
18                                                Lawrence Cagney
                                                  Attorneys for Plaintiff
19

20    IT IS SO ORDERED:

21  DATED:  December 28, 2010

22                                             _____

23                                             FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE
24

25

26

27

28

STIPULATION AND ORDER REGARDING PLAINTIFF'S JURISDICTIONAL ALLEGATIONS IN THE FIRST
AMENDED COMPLAINT