IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSICA L. TOSH-SURRYHNE, individually
and on behalf of all others similarly situated,

      Plaintiff,                                  No. CIV S-10-2603 KJM-EFB

   vs.

ABBOTT LABORATORIES INC. d/b/a
ABBOT SALES, MARKETING &
DISTRIBUTION CO., a Delaware corporation,

      Defendant.                               ORDER
_____/

        This matter comes before the Court upon Defendant's request to file supplemental papers in support of its motion to dismiss. (ECF 31.) According to Local Rule 230(g), it is within the Court's power to reopen a matter submitted upon the record and briefs on file for further briefs. The Court hereby GRANTS Defendant's request. Defendant may supplement its papers by submitting the decision in *Vavak v. Abbot Laboratories Inc*. (Case No. SACV 10-1995-JVS (RZx)) by March 28, 2011. Plaintiff may respond to Defendant's supplemental papers by April 4, 2011.

///

///

///

1  IT IS SO ORDERED.

2  DATED: March 22, 2011.

_____
UNITED STATES DISTRICT JUDGE