BRIAN J. MOONEY (SBN: 143795)
(bmooney@gordonrees.com)
EDWARD FITZGERALD (SBN: 227218)
(efitzgerald@gordonrees.com)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

*APPEARING PRO HAC VICE:*
JOHN D. WINTER (NY SBN: 1825116)
jwinter@pbwt.com
WILLIAM F. CAVANAUGH (NY SBN: 1715481)
wfcavanaugh@pbwt.com
PATTERSON, BELKNAP, WEBB, & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

Attorneys for Defendant
ABBOTT LABORATORIES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA L. TOSH-SURRYHNE, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES INC. d/b/a ABBOTT SALES, MARKETING & DISTRIBUTION CO., a Delaware corporation,<br><br>Defendant. | CASE NO. 10-cv-02603-KJM-EFB<br><br>**DEFENDANT ABBOTT LABORATORIES INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR MOOTNESS PURSUANT TO FED. R. CIV. P. 12(b)(1)**<br><br>**Accompanying Documents**: Memorandum of Law; Request for Judicial Notice; Decl. of Laurie A. Boogaard; Supplemental Decl. of Laurie A. Boogaard; Appendix of Unpublished Authority<br><br>Date: August 10, 2011<br>Time: 10:00 a.m.<br>Court: Hon. Kimberly J. Mueller |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 10, 2011, or as soon thereafter as the matter may be heard in Courtroom 3 of the above-entitled Court, located at 501 I Street, Sacramento, California 95814, defendant Abbott Laboratories Inc. ("Abbott") will, and hereby does, move this Court for an order dismissing this action pursuant to Federal Rule of Civil Procedure 12(b)(1) on the ground plaintiff's damage claims are mooted by Abbott's offer of a refund for the products at issue in this lawsuit.

This motion is based upon this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Law in support of this motion, the Request for Judicial Notice and all appendices attached thereto, the Appendix of Unpublished Authorities, the Declaration and Supplemental Declaration of Laurie A. Boogaard, and all pleadings and other documents previously filed in this action.

Dated: July 11, 2011

GORDON & REES LLP

By: /s/ Brian J. Mooney
BRIAN J. MOONEY
EDWARD FITZGERALD
Attorneys for Defendant
ABBOTT LABORATORIES, INC.