IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSICA L. TOSH-SURRYHNE,
individually and on behalf of all others
similarly situated,

     Plaintiff,                               No. CIV S-10-2603 KJM EFB

    vs.

ABBOTT LABORATORIES, INC., d/b/a
ABBOTT SALES, MARKETING &
DISTRIBUTION CO., a Delaware
corporation,

     Defendant.                            ORDER
_____/

       On June 29, 2011, the court heard plaintiff's motion to compel defendant to respond to plaintiff's first document inspection demand and defendant's motion for a protective order relieving defendant from its obligation to respond to the first document inspection demand until the court rules on defendant's currently pending motion to dismiss. Dckt. Nos. 41, 43. Attorney Lawrence Cagney appeared at the hearing on behalf of plaintiff and attorney Brian Mooney appeared on behalf of defendant.

       As stated on the record, and for the reasons stated on the record, plaintiff's motion to compel is denied and defendant's motion for a protective order is granted. If the motion to dismiss is denied in full or in part, defendant shall produce documents in response to plaintiff's

1

1  first document inspection demand within thirty days from the date the order on defendant's
2  motion to dismiss is filed.
3      SO ORDERED.
4  DATED: July 11, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE